UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBENSON GUY JOSEPH,<br><br>  *Petitioner-Plaintiff*,<br><br> v.<br><br>THOMAS DECKER, et al.,<br><br>  *Respondents-Defendants.* | Civil Action No. 20-cv-05141-KM |

**ORDER GRANTING**
**MOTION TO WITHDRAW MAKIKO HIROMI AS COUNSEL**

AND NOW, this 30th day of March, 2022, after consideration of the Motion by Steven C. Herzog to Withdraw Makiko Hiromi, it is hereby ORDERED that the Motion is GRANTED.

           BY THE COURT:

           /s/ Kevin McNulty
           Hon. Kevin McNulty, U.S.D.J.