# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBENSON J., | HON. KEVIN MCNULTY |
| *Petitioner*, | Civil No. 20-5141 (KM) |
| v. | |
| THOMAS DECKER, *et al.*, | **STIPULATION AND ORDER OF DISMISSAL** |
| *Respondents*. | |

Petitioner Robenson J. and the Government Respondents, by and through their respective attorneys, hereby stipulate and agree to the dismissal of this action without prejudice with each party bearing its own costs and fees, including attorneys' fees, subject to the following paragraphs revising his terms of release as set forth in the Order dated May 22, 2020, ECF No. 31.

1. Respondents will not detain Petitioner absent a change of circumstances such as (a) an arrest or a charge for a new criminal offense, (b) a violation of U.S. Immigration and Customs Enforcement ("ICE")'s conditions of supervision, unless deemed excusable by ICE in their discretion, or (c) to effectuate Petitioner's removal from the United States.

2. In accordance with standard procedures, ICE will permit Petitioner to notify his counsel in the event of re-detention. Such opportunity will be afforded as soon as practicable but not later than 24 hours after re-detention occurs.

All other specific conditions of release set forth in the May 22, 2020, Order remain in effect but ICE shall have the authority to revise conditions of release moving forward.

Dated: December 15, 2022

                                                        s/ Molly K.C. Linhorst
                                                        MOLLY K.C. LINHORST, ESQ.
                                                        ACLU of New Jersey
                                                         Attorneys for the Petitioner

2

Dated: December 15, 2022

                                    PHILIP R. SELLINGER
                                    United States Attorney

                    By:    s/ Alex Silagi
                                    Alex Silagi
                                    Assistant United States Attorney
                                    Attorneys for Respondents

**SO ORDERED.**

Dated: 12/16/2022                    /s/ Kevin McNulty
                                    THE HONORABLE KEVIN MCNULTY
                                    UNITED STATES DISTRICT JUDGE